1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

9    SCOTT M. HARRIS AND FLORENCE E.
     HARRIS, a married couple,
10
                          Plaintiffs,
11            v.

12   AMERICAN FAMILY MUTUAL
     INSURANCE COMPANY, a foreign
13   corporation doing business in Washington,

14                         Defendant.

No.

King County Case No. 19-2-11918-7 KNT

**NOTICE OF REMOVAL PURSUANT
TO 28 USC §1332, 28 USC §1441 and 28
USC §1446**

<u>(Clerk's Action Required)</u>

15

16   TO:          The Clerk of the United States District Court for the Western District of
                  Washington;

17   AND TO:      Scott Harris and Florence Harris, Plaintiffs;

18   AND TO:      Seth E. Chastain and Jonathan Shi, Attorneys for Plaintiffs;

19        **PLEASE TAKE NOTICE** that Defendant American Family Mutual Insurance

20   Company ("Defendant" or "American Family") hereby removes to this Court the state court

21   action described below.  In support thereof, Defendant states as follows:

22        1.      Plaintiffs filed their Summons and Complaint in King County Superior Court on

23   May 2, 2019.  *See* Exhibit A.  On or about May 9, 2019, Plaintiffs caused to be served a civil

**NOTICE OF REMOVAL - 1**

COLE | WATHEN | LEID | HALL, P.C.
303 BATTERY STREET
SEATTLE, WASHINGTON 98121
(206) 622-0494/Fax (206) 587-2476

1   summons and complaint, captioned for the Superior Court of the State of Washington for King

2   County, on the Office of the Insurance Commissioner which served American Family on May

3   14, 2019. *See* Exhibit E. The Cause Number assigned to the above-mentioned case is: 19-2-

4   11918-7 KNT. *See* Exhibit A.

**PARTIES**

6   2.      In the Complaint, Plaintiffs allege that they are residents of King County,

7   Washington. *See* Exhibit A at ¶1.1.

8   3.      American Family is a foreign insurance company incorporated in the State of

9   Wisconsin with its principle place of business in Wisconsin. Defendant American Family is

10  licensed to conduct business in the State of Washington.

**AMOUNT IN CONTROVERSY**

12  4.      The removing Defendant bears the burden of establishing by a preponderance of

13  the evidence that the amount in controversy exceeds the jurisdictional amount. *Sanchez v.*

14  *Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996).

15  5.      In their Complaint, Plaintiffs allege that they are entitled to insurance coverage

16  under a policy of insurance issued by American Family Mutual Insurance Company, which

17  provides coverage as follows: Dwelling - Per Occurrence: $684,600 USD. *See, generally,*

18  Exhibit A (Complaint), and Ex. H (Policy Declarations Page). As discussed herein and in

19  Plaintiffs' Complaint, Plaintiffs allege losses arising out of two occurrences.

20  6.      Plaintiffs allege that they are entitled to contractual benefits in addition to extra-

21  contractual remedies. *See,* Exhibit A ¶ 28.

22

23

**NOTICE OF REMOVAL - 2**

7.     Plaintiffs' claimed damages arise out of alleged damages to the roof of their home. *See,* Exhibit A ¶7, 12-13, and 15.  Plaintiffs allege that repairing portions of the roof is unfeasible, thus the roof must be replaced in its entirety.  *See,* Exhibit A ¶12-13.

8.     Plaintiffs allege damages to their roof resulting from two separate wind storms, and Plaintiffs have submitted two claims to American Family.  *See,* Exhibit A ¶7, 15.

9.     Before filing their complaint, Plaintiffs claimed they incurred $14,583.80 in repair costs as of March 20, 2019.

10.     Plaintiffs have submitted a Complaint claiming insurance benefits/contractual damages for which their policy limits are $684,600 per occurrence. *See,* Exhibit A at ¶27, and at 8, ¶C; and Exhibit. H.

11.     In addition to contractual damages, Plaintiffs allege that American Family owes them "An award equal to three times plaintiffs' actual damages based on Defendant AFMIC's violations of RCW 48.30.015 [the Insurance Fair Conduct Act"]." *See,* Exhibit A at 8, ¶D.

12.     Plaintiffs' alleged damages for costs incurred for partial repair as of March 20, 2019, after trebling pursuant to the IFCA, are **at least $43,751.40**.

13.     Plaintiffs also allege violations of Consumer Protection Act, pursuant to which Plaintiffs claim "an award of treble damages, up to $25,000, for each of Defendant AFMIC's violations of the Consumer Protection Act, RCW Ch. 19.86." *See,* Exhibit A at 8, ¶G.  Because Plaintiffs allege two losses, Plaintiffs are alleging CPA damages of **at least $50,000**.

14.     Plaintiffs have thus **pled over $90,000** in damages pursuant to their claims brought pursuant to the IFCA and CPA alone, before taking into account any damages for alleged bad faith, or the cost of replacement of the entire roof as they allege is necessary.

**NOTICE OF REMOVAL - 3**

COLE | WATHEN | LEID | HALL, P.C.
303 BATTERY STREET
SEATTLE, WASHINGTON 98121
(206) 622-0494/Fax (206) 587-2476

15.     Further, where an underlying statute authorizes an award of attorney's fees, such fees may be included in the amount in controversy.  *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1156 (9th Cir. 1998).   A reasonable estimate of attorney's fees likely to be expended throughout the entire litigation is properly included within the amount in controversy.  *Miera v. Dairyland Ins. Co.*, 143 F.3d 1337, 1340 (10th Cir. 1998).  Here, Plaintiffs request attorney fees as allowed by law.  *See* Exhibit A at ¶28.  Plaintiffs alleged attorney fees of $2,245.50 as of March 20, 2019, before filing and serving the summons and complaint.

16.     Defendant has therefore shown, by a preponderance of the evidence, that the amount in controversy requirement for diversity jurisdiction is met.

### JURISDICTION

17.     For purposes of determining jurisdiction under 28 U.S.C. § 1332, Plaintiffs are citizens of the State of Washington.  Defendant American Family is a citizen of the State of Wisconsin. As such, there is complete diversity of citizenship between Plaintiffs and Defendant.

18.     The amount in controversy exceeds $75,000.00, exclusive of interest and costs as discussed above.

19.     This Court, therefore, has jurisdiction pursuant to 28 U.S.C. § 1332 and removal is proper pursuant to 28 U.S.C. § 1441.

### TIMELINESS

20.     The Summons and Complaint against Defendant was served on American Family on May 14, 2019.  The date of filing this Notice of Removal is therefore within thirty (30) days from the date this matter first became removable.

NOTICE OF REMOVAL - 4

COLE | WATHEN | LEID | HALL, P.C.
303 BATTERY STREET
SEATTLE, WASHINGTON 98121
(206) 622-0494/Fax (206) 587-2476

**COPIES OF PROCESS, ORDERS AND PLEADINGS IN STATE COURT PROCEEDINGS**

In accordance with 28 U.S.C. § 1446, Defendant attaches to this Notice, as **Exhibits A** through **H**, true and correct copies of the following process, pleadings, and orders in this action to date:

1.      Attached to this Notice as **Exhibit A** is a true and correct copy of the Summons and Complaint received by Defendant.

2.      Attached to this Notice as **Exhibit B** is a true and correct copy of the Case Information Cover Sheet received by Defendant.

3.      Attached to this Notice as **Exhibit C** is a true and correct copy of the Order Setting Civil Case Schedule received by Defendant.

4.      Attached to this Notice as **Exhibit D** is a true and correct copy of Insurance Commissioner's Certificate of Service received by Defendant.

5.      Attached to this Notice as **Exhibit E** is a true and correct copy of the Notice of Service of Process received by Defendant.

6.      Attached to this Notice as **Exhibit F** is a true and correct copy of the Notice of Appearance and Substitution of Counsel filed by the Defendant.

7.      Attached to this notice as **Exhibit G** is a true and correct copy of the docket for King County Superior Court Cause Number 19-2-11918-7 KNT.

8.      Attached to this notice as **Exhibit H** is a true and correct copy of the Policy Declarations Page for the applicable insurance policy for this matter.

9.      Defendants will file the appropriate notice of this removal with the Clerk of the King County Superior Court for Cause Number 19-2-11918-7 KNT.

**NOTICE OF REMOVAL - 5**

DATED this 7th day of June, 2019.

                                        **COLE | WATHEN | LEID | HALL, P.C.**

                                        _s/ Rory W. Leid, III_
                                        Rory W. Leid, WSBA #25075

                                        _s/ Christopher J. Roslaniec_
                                        Christopher J. Roslaniec, WSBA #40568
                                        Attorney for Defendant American Family
                                        303 Battery Street
                                        Seattle, WA  98121-1419
                                        Tel: (206) 622-0494 |  Fax: (206) 587-2476
                                        rleid@cwlhlaw.com croslaniec@cwlhlaw.com

**NOTICE OF REMOVAL - 6**

1

## CERTIFICATE OF SERVICE

2      The undersigned makes the following declaration certified to be true under penalty of perjury pursuant to RCW 9A.72.085:

3

4      On the date given below, I hereby certify that I caused the foregoing to be filed using the United States District Court for Western District of Washington – Document Filing System (CM/ECF) which will also send notification to the following:

5

| **Counsel for Plaintiff:** | Via CM/ECF/Email |
|---|---|
| Seth E. Chastain, WSBA #43066<br>Jonathan Shi, WSBA #54297<br>LEVY \| VON BECK \| COMSTOCK \| PS<br>1200 Fifth Ave., Suite 1850<br>Seattle, WA  98101<br>T: 206 626 5444<br>sechastain@levy-law.com<br>jonathan@levy-law.com | |

6

7

8

9

10

11      I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

12      Dated this 7th day of June, 2019, at Seattle, Washington.

13

14                    *s/Jan Sherred*
                    Jan Sherred Legal Assistant
                    Jsherred@cwlhlaw.com

15

16

17

18

19

20

21

22

23

**NOTICE OF REMOVAL - 7**